UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

Eastern District of Kentucky
FILED
JUN 16 2022
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                        INDICTMENT NO. 0:22-CR-11-DLB

**FREDDIE A. KNIPP, JR.**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>
21 U.S.C. § 841(a)(1)

On or about December 10, 2019, in Carter County, in the Eastern District of Kentucky,

**FREDDIE A. KNIPP, JR.**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

<u>COUNT 2</u>
21 U.S.C. § 841(a)(1)

On or about January 9, 2020, in Carter County, in the Eastern District of Kentucky,

**FREDDIE A. KNIPP, JR.**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 3
## 18 U.S.C. § 922(d)(1)

On or about January 18, 2020, in Rowan County, in the Eastern District of Kentucky,

**FREDDIE A. KNIPP, JR.,**

knowingly sold or disposed of a firearm, that is, a Kel-Tec, Model SUB-2000, 9mm rifle, bearing serial number FUL25, to another person, and at the time of the sale or disposition, knew or had reasonable cause to believe, that the other person had been convicted of a crime punishable by imprisonment for a term exceeding one year, all in violation of 18 U.S.C. § 922(d)(1).

## FORFEITURE ALLEGATIONS
## 18 U.S.C. § 924(d)(1)
## 28 U.S.C. § 2461

By virtue of the commission of the felony offense charged Count 3 of the Indictment, any and all interest **FRED A. KNIPP, JR.,** has in the below-described property is vested in the United States and hereby forfeited to the United States pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461:

**FIREARMS AND AMMUNITION:**

    a)     A Kel-Tec, Model SUB-2000, 9mm rifle, bearing serial number FUL25; and

    b)     Ammunition.

A TRUE BILL

███████████

FOREPERSON

*(signature)*

CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

# PENALTIES

**COUNTS 1 – 2:** Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years supervised release.

**If prior felony drug offense:** Not more than 30 years imprisonment, not more than $2,000,000 fine, and at least 6 years supervised release.

**COUNT 3:** Not more than 10 years imprisonment, not more than $250,000 fine, and not more than 3 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.

**PLUS:** Forfeiture, of listed items.